The People of the State of New York, Respondent,
against
Rodney Rogers, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Denise M. Dominguez, J.), rendered November 14, 2014, convicting him, upon a plea of guilty, of criminal possession of marijuana in the fifth degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Denise M. Dominguez, J.), rendered November 14, 2014, affirmed.
The court properly denied defendant's motion to withdraw his guilty plea. The record establishes that the plea was knowing, intelligent and voluntary. While the court did not warn defendant that his driver's license would be suspended for six months, this was a collateral consequence and the absence of such a warning did not undermine the voluntariness of the plea (see People v Ford, 86 NY2d 397, 403 [1995]; People v Garraway, 144 AD3d 703 [2016]; People v Gerald, 103 AD3d 1249, 1250 [2013]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: January 12, 2017